ELLIOT ENOKI
United States Attorney
District of Hawaii

HEATH C. URBAN
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Box 50183
Honolulu, Hawaii 96850
Telephone: 438-6728

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 09 2001

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00185 |
| Plaintiff, | ) | |
| | ) | SUPERSEDING INFORMATION |
| vs. | ) | |
| | ) | |
| JACQUALINE M. RICKETT, | ) | 18 U.S.C. 13, |
| | ) | H.R.S. 707-717, |
| Defendant. | ) | H.R.S. 708-813 |

**SUPERSEDING INFORMATION**

COUNT 1

The United States Attorney charges that:

On or about October 11, 2000, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, JACQUALINE M. RICKETT, defendant herein, threatened by word and conduct to cause bodily injury to Emily J. Osborn, with the intent to terrorize and in reckless disregard of the risk of terrorizing her.

All in violation of Hawaii Revised Statute Section 707-717, terroristic threatening in the second degree, a federal offense pursuant to Title 18, United States Code, Section 13.

## COUNT 2

The United States Attorney further charges that:

On or about October 12, 2000, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, JACQUALINE M. RICKETT, defendant herein, threatened by word and conduct to cause bodily injury to Ryann Schantz, with the intent to terrorize and in reckless disregard of the risk of terrorizing her.

All in violation of Hawaii Revised Statute Section 707-717, terroristic threatening in the second degree, a federal offense pursuant to Title 18, United States Code, Section 13.

## COUNT 3

The United States Attorney further charges that:

On or about October 12, 2000, on Schofield Barracks, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, JACQUALINE M. RICKETT, defendant herein, knowingly entered and remained unlawfully in a dwelling.

All in violation of Hawaii Revised Statute Section 708-813, criminal trespass in the first degree, a federal offense pursuant to Title 18, United States Code, Section 13.

DATED:  Honolulu, Hawaii, _____JUL 0 9 2001_____.

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii


_____
HEATH C. URBAN
Special Assistant U.S. Attorney


U.S. v. RICKETT
CR. NO. 01-00185
SUPERSEDING INFORMATION